IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GEORGE D. McCARLEY,         )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )       3:06cv663-MHT
                            )
CITY OF ROANOKE, etc.,      )
et al.,                     )
                            )
    Defendants.             )
```

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Delores R. Boyd for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 27th day of July, 2006.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE