| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Clarissa White*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery    8/4/06 |
| 1. Article Addressed to:<br><br>George D. McCarley<br>216B Chestnut Street<br>Roanoke, AL 36274 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:06CV663<br>copy of 4+5 orders |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7005 1820 0002 3461 1420 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540