# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☐ Northern    ☐ Southern    ☒ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 8/31/2006 | FTR @ 2:57  ☐ a.m. ☒ p.m |
| DATE COMPLETED 8/31/2006 | @ 3:47  ☐ a.m. ☒ p.m |

**CASE NO.** 3:06CV663-MHT

GEORGE D. MCCARLEY    VS.    CITY OF ROANOKE, ET AL.
Plaintiff(s)                          Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**        **Defendant (s)**
Pro Se

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| Ctrm Clerk: S. Q. Long, Jr. | Crt Rptr: Mitchell Reisner |
| Law Clerk: Michele Dearing | Interpreter: |
| USPO/USPTS: | Other: |

### PROCEEDINGS:

☐ Motion Hearing: _____
☒ Status Conference      ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☐ **Pretrial Conference**
Pending Motions: _____
Discovery Status _____    Plea Status _____
Trial Status/Length _____    Trial Term: _____