IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-00663-MHT-DRB |
| ) | |
| CITY OF ROANOKE, a Municipal Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER DIRECTING AMENDED COMPLAINT OR
DISMISSAL OF DEFICIENT COMPLAINT**

Pursuant to the scheduled pre-service review of the Complaint on August 31, 2006, the Magistrate Judge ascertained the *pro se* Plaintiff's general competency before explaining over the course of forty minutes the jurisdictional deficiencies referenced in the July 31, 2006, *Order* setting the hearing pursuant to 28 U.S.C. § 1915(e). The court advised specifically:

a. that the court will not permit the filing of multiple complaints in a single pleading as it appears the plaintiff seeks to do by outlining one complaint at pages 1-10 and a second complaint at pages 11-38;

b. that the purported complaints are subject now to dismissal for failure to state a claim for which relief can be granted against the designated defendants in federal court. Upon notice of the plaintiff's deficient understanding of the "federal question" jurisdiction he seeks to invoke, the court specified how the numbered paragraphs through page 10 (i) fail absolutely to state a cognizable claim for the asserted violations of plaintiff's First and Fourteenth Amendment rights; and (ii) seek damages and remedies against defendants who are either immune or cannot be held responsible for the action identified as the basis for his complaints, a purportedly unfounded complaint from a non-party, private

realtor for his arrest.

  c. that in deference to his *pro se* status, the plaintiff will be afforded a reasonable opportunity to re-examine the merits of proceeding with an amended complaint or dismissing this lawsuit.

  Accordingly, having provided clear and sufficient notice to the *pro se* plaintiff of the fatal deficiencies in his Complaint, and having directed him to seek competent legal advice before seeking to continue in this court a patently frivolous lawsuit against the designated defendants, it is, for good cause,

  **ORDERED that on or before October 2, 2006, the plaintiff file either (1) an AMENDED COMPLAINT which does state a federal cause of action against any defendants who are not immune from suit, or (2) a Motion for Leave to Withdraw his Complaint and end this federal action.**  Plaintiff is advised that any amended complaint will be reviewed, prior to service, for jurisdictional, procedural, and substantive regularities pursuant to applicable federal statutes and rules.

  Done this 1st day of September, 2006.

            **/s/ Delores R. Boyd**
            DELORES R. BOYD
            UNITED STATES MAGISTRATE JUDGE