IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 OCT -4 A 9: 33

| | |
|---|---|
| George D. McCarley,<br>  Plaintiff, | )<br>)<br>) |
| v. | )   3:06-CV-00663-MHT-DRB |
| | ) |
| CITY OF ROANOKE, a Municipal Corporation, et.al,<br>  Defendants, | )<br>)<br>) |

MOTION FOR CONTINUANCE

  Plaintiff George D. McCarley prays this court will agree to continue this action as a direct result of the following court events from other jurisdictions that have prevented his timely compliance with the Court order directing his response by October 3, 2006.

1. McCarley had been scheduled to defend himself before Roanoke Municipal Court on September 19, 2006. Several days were required in order to file the necessary refusal, change of venue motions, and to subpoena the necessary documents and individuals. As is the pattern with City of Roanoke, McCarley was forced to go into open court to learn the Judge would recuse from the case and seek outside venue. The action was a matter of the original McCarley Complaint One, and has now removed short and valuable time and prevented McCarley ability to seek outside counsel as this Federal Court has ordered. No new date has been set for the new trial as of this writing.

2. McCarley was forced to comply with Alabama Tax audit of three prior years with a September 29, 2006 deadline. While this was a completely frivolous action, McCarley had to comply nonetheless. The time required to review three years of tax documents is clearly extensive, thus even further subtracting from the one month granted by Judge Boyd for McCarley to amend his complaint with competent additional legal advice.

3. McCarley has honestly pursued outside legal counsel, and has done so within the "Montgomery Bar" area. This pursuit of counsel has only continued the pattern McCarley has experienced for some years since the unsolved murder of his fiancé'. That is, continual referral to yet another counsel. McCarley has in fact identified legal counsel in or near Montgomery that is experienced in both Federal Civil Litigation as well as Civil Rights. However, the actions listed above have simply not allowed adequate time required in this instance.

For purely informational purposes, McCarley attaches a 10 year chronology of events leading to his 42 USC charges of §1983 and §1985. Contained is a very broad outline of the "sealed" issues alluded to in paragraph 28 of the original complaint. Perhaps the Court, upon review of these issues, will understand the extensive difficulty faced by McCarley in his attempts to secure counsel. As McCarley has sought methods of construction of actions to provide relief, it has been clear that a litany of both civil and criminal statutes is violated against McCarley. The only construction that has appeared to provide relief is that afforded by a §1985 Conspiracy to violate Civil Rights complaint.

Should this Court decide against continuance in this matter, then McCarley has no other option except to request permission to withdraw these complaints.

There is a strong likelihood that George McCarley will have an involvement in the §363 Bankruptcy Auction scheduled for a major Birmingham Hospital on November 6, 2006. Please protect this date as you consider alternative dates for rescheduling.

Respectfully Submitted

*/s/ George M. McCarley*

George D. McCarley    (October 2, 2006)
215B Chestnut St
Roanoke, Al 36274
334-863-6489

# CHRONOLOGY OF EVENTS OF CONSPIRACY

| | |
|---|---|
| 1988 | joined BOARD OF GOVERNORS of JSU National Alumni Assoc. |
| 3/19/90 | Named Committee Chair of JSU Athletic status committee |
| 2/23/91 | Alumni board vote to "advance" Athletic division status (admin/pols vote against) |
| June 92 | Election Cycle TV interview raising serious Voting abuse questions |
| Aug 92 | First run for Mayor of Roanoke, unseating multi-term incumbent (GM lost) |
| Sep 92 | Discovered remote Helicopter operation |
| April 93 | Noted pattern of copter visits when they almost landed on me and quickly took off above visibility range |
| Sep 93 | Notified Local Sheriff and Helicopter pattern changed |
| Dec 93 | New Sheriff's Deputies seen going to meet remote helicopter landing. |
| 10/29/93 | Unexplained Death of Jamie Lane (32) – Brothers business partner |
| 1994 | Assisted Ben Hand Congressional Nominee Campaign |
| 1995 | Municipal water disconnected when City charged for 40,000 gallons mayor unseated by GM went on utility board prior to big bill Still disconnected today. |
| 1996 | Treasurer for Ben Hand Congressional Campaign |
| Aug 96 | Second run for Mayor of Roanoke (June to Sept cycle) |
| 11/13/96 | Unsolved Murder of Fiance' in Tuscaloosa |
| 12/13/96 | GM becomes "Born-Again" Christian |
| 1997 | Many discussions with Ben Hand on unsolved murder and drug operation Landowner recommends I leave problem alone due to certain names. |
| 1997 | Ben Hand becomes Municipal Judge of Wedowee |
| 10/97 | Joined PRESIDENTIAL ROUNDTABLE, Washington, DC |
| 1998 | Ben Hand introduces me to Sheriff Sid Lockhart in Chambers (drug issue) GM discovers Voting Machine case by FBI complete with politician arrested Politician wife vanishes. |
| 04/98 | Lockhart has me talk with his Drug Task force as it seems we have a common target. They tell me within 4 hours we have a leak. All discussions canceled. |
| 5/2/98 | Untimely death of friend and Mentor Dr. George Curlington. |
| 07/98 | GM becomes County Coordinator for Christian Coalition Strongest vote in history for Republicans in Randolph Co. |
| 1999 | Senior PM for Largest Consulting contract in America, IBM/DC |
| 04/99 | Missionary Relief to Albania in advance of Kosovo war spillover successfully lobbied US Senate to send humanitarian relief |
| 99/2000 | Successfully lobbied US Senate to continue SOA funding |
| 05/30/2000 | GM takes out mortgage for campaign money HFC executes foreclosure documents on same day. HFC does not record their mortgage documents for two years. |
| 2000 | 3rd and final run for Mayor – forced to run write-in campaign. Election challenge when Roanoke refused to count write-in votes. No money available and was forced to drop the suit. |

| | |
|---|---|
| 2001?? | Investigator Melton RPD makes huge drug lab bust near copter area |
| 2001 | Selected to audit Special Contracts for USAID |
| 2001 | Illicit Helicopter operation drops out of sight |
| 04/2001 | Death of Father in neighboring Troup Co. Georgia |
| | Estate lawsuit won by evil stepmother courtesy of out-of-state politics |
| | Evil Stepmother dies very next day following award of estate |
| 2001 | Papua New Guinea Mining Consultant – project stopped via tribal warfare |
| 2001 | GM gets video evidence of Choppers w/o ID landing at Roanoke airport |
| 8/19/02 | GM ticketed for expired license plate, court date set for 10/01/02 |
| 10/01/02 | GM learns of sisters hospitalization due to surgical complications |
| 10/01/02 | GM Benchwarrant issued even after he notifies court of sisters surgical relapse |
| 10/2/02 | Munic Judge Milford dismissed/fired (presently District Judge Chambers Co.) |
| 10/7/02 | Councilman takes pictures of sisters yard for summons purpose |
| | Actions in past two months designed to prevent GM political activities |
| 11/19/02 | Sister summoned on nuisance violation |
| 12/03/02 | Sister forced to go into court to learn case was dismissed. |
| 2003 | HFC begins foreclosure action even though GM overpaid balance |
| 3/15/03 | Complaint for ejectment filed at time when GM should be planning campaigns |
| 3/2//03 | HSBC acquires HFC – HFC closed – never reported to Courts – HFC continues |
| Aug 03 | Names mentioned by landowner acquire huge territory used by copter |
| 06/03/04 | Foreclosure appeal set for trial just days before Alabama Fed Primary |
| 8/19/04 | HFC gets continuation to this date, yet another date which precludes GM participation in General Election process |
| August 04 | GM reports presence of Saddam Hussein with HSBC via FOI |
| Jun/Aug04 | Judges releases all subpoenaed plaintiffs from trial |
| Aug 04 | GM documents 30 counts of perjury by attorneys of other side in foreclosure |
| | Notifies courts and includes in appeals. Roanoke City Attorney leads perjury |
| Nov04 | GM ejected, days before national election, thereby precluding political activity |
| 11/24/04 | Civil appeal Brief to overturn foreclosure (2031142) |
| 12/6/04 | Realtor Frank Nelson appears and agrees to leave property alone pending appeals |
| 12/7/04 | Petition for Writ of Mandamus (denied) 2031142 |
| 12/29/2004 | Reply to Appellee Response |
| 9/02/05 | Civil Appeals overrules GM |
| 10/20/05 | Alabama Supreme Court denies GM writ of Certiorari |
| 11/14/05 | GM records perfected Mechanics Lien on property |
| 11/30/05 | Best friend Terry Hill untimely, suspicious death (met distant family##) |
| 12/5/05 | Received Dunning letter from Ala revenue department |
| 12/24/05 | GM receives notice SCOTUS has docketed his appeal |
| 12/27/05 | Frank Nelson sells property, ignores lien |
| 1/12/06 | Ala IRS ignores McCarley complaints and continues harassment |
| | another attempt to keep GM out of state politics in heated season |
| 2/6/06 | GM files Federal Lawsuit against HFC, HSBC, Realtors |
| 2/14/06 | SCOTUS passes on GM petition |
| 3/14/06 | Preliminary hearing with Magistrate McPherson on Lawsuit |
| 3/21/06 | New info passed along to Tuscaloosa investigators |
| 3/28/06 | GM stumbles across drug helicopter operation in new location |

|          | |
|----------|---|
|          | observes that distant family of Terry Hill heavily involved |
|          | GM discovers source of leak (first encountered by Sheriff Lockhart) |
|          | (Leak is now identified and under management) |
| 4/14/06  | GM reports new Copter siting to Chief Adam Melton RPD for 1st time |
|          | Chief/Investigators/GM begin several discussions (GM shows video evidence) |
| 4/16/06  | Tuscaloosa investigator refuses further discussions |
| 4/17/06  | Ala IRS again ignores GM and continues harassment |
| 5/9/06   | GM orders Frank Nelson off property until Lien paid |
|          | Nelson reports harassment to police |
|          | Police tell him to leave it alone and let lawyers handle it |
|          | GM asks police to arrest Nelson for vandalism and theft (refused) |
|          | GM attempts to contact Nelson lawyers and superiors with no return calls |
|          | These actions prevent GM involvement in elections |
| 5/17/06  | AlaIrs Attempts to add new year to dunning list then ignores upon challenge |
|          | obviously very close to election count-down, thus preventing GM action |
| 6/9/06   | Nelson brings new client to view property |
|          | GM orders him off and shows copies of complaint to Ga/ALA |
|          | Real Estate license commissions – Nelson swears warrant for assault |
|          | GM arrested by City – City refuses GM countercharges of vandalism/theft |
| 6/16/06  | Historic Depot destroyed by arson – GM grandfather was station agent |
|          | final 42 years of depot – GM suggests to police this could be warning to |
|          | GM to leave drug issue alone |
| 07/27/06 | Ala/IRS another harassment letter |
|          | US IRS demand for additional information on same day |
| June/Aug | Roanoke Police bust two meth labs near suspected operation identified to police |
|          | by GM, with one operated by bank president |
| 08/17/06 | AlaIrs agrees to postpone their deadline to allow GM to prepare for Aug 31 |
|          | AlaIrs fail to provide any info requested by GM to present to Judge Boyd |
| 8/30/06  | Tuscaloosa Sheriff refuses to provide info for Aug31 hearing |