IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:06-CV-00663-MHT-DRB |
| | ) |
| CITY OF ROANOKE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Following a pre-service conference on August 31, 2006, convened to explain the jurisdictional deficiencies of the complaint filed on July 25, 2006, the court ordered the *pro se* plaintiff to file by October 2 either notice of his intent to withdraw his complaint *or* an amended complaint which stated a valid federal cause of action against any defendants who are not immune from suit. In a *Motion for Continuance* not received by the Clerk until October 4 (Doc. 9), Plaintiff seeks an extension for an unspecified period based on various conflicts and difficulties in securing counsel. In principal deference to the plaintiff's status as a non-lawyer and his apparent good faith in seeking legal advice regarding the propriety of continuing his action, it is

**ORDERED** that the *Motion* is **GRANTED** to the extent that Plaintiff's deadline is extended from October 2 to November 2, 2006. Plaintiff is advised that the court deems the time allotted more than reasonably adequate in light of his representations concerning the nature of the claims he wishes to assert as well as the court's specific advice on not only

the limited scope of claims subject to federal jurisdiction but also the entitlement of certain named defendants to assert various immunities. Consequently, any further claims for continuances -- absent extraordinary justification -- will not be viewed favorably.

Done this 5th day of October, 2006.

<u>/s/ **Delores R. Boyd**</u>
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE