IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 NOV -2  A 10: 04

| | |
|---|---|
| George D. McCarley, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ROANOKE, a Municipal Corporation, et.al, )<br>Defendants, )<br>) | ...A P. HACKETT,<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA<br><br>3:06-CV-00663-MHT-DRB |

MOTION FOR CONTINUANCE     (filed October 31, 2006)

Plaintiff George D. McCarley prays this court will agree to continue this action as a direct result of the following events from THE MIDDLE DISTRICT OF ALABAMA, and from other jurisdictions that have prevented his timely compliance with the Court order directing his response by November 2, 2006.

1. McCarley has been litigating another *In Forma Pauperis* case before The Middle District since January 2006. On October 10, 2006 he received an order from the Court commanding the filing of objections to Judges order by October 25, 2006. This is the case styled McCarley v Household Finance Corp III and is Civil Action No. 3:06-CV-0091-MEF.

2. McCarley response above is further complicated by the need to file a Proposed Trial Brief in that action.

3. McCarley has honestly pursued outside legal counsel, within the "Montgomery Bar" area. This pursuit of counsel has only continued the pattern McCarley has experienced for some years since the unsolved murder of his fiancé'. That is, continual referral to yet another counsel. McCarley has in fact identified legal counsel in or near Montgomery that is experienced in both Federal Civil Litigation as well as Civil Rights. However, the actions listed above have simply not allowed adequate time required in this instance.

Two significant responses are being received from attorneys; (1) "... you should be prepared for the case to be remanded to a Federal Prosecutor . . .", and (2) " . . . attorney's need to get paid".

4. Since the original filing of this Civil Rights action, McCarley has encountered yet additional adverse actions that are being considered as additional Parties Defendant to the original complaint.

Should this Court decide against continuance, then McCarley has no other option except to request permission to withdraw these complaints. However, we believe the strong possibility that the other federal litigation denoted above will now move along more expeditiously, is justification for continuance.

                                      Respectfully Submitted

                                      George D. McCarley    (October 31, 2006)
                                      215B Chestnut St
                                      Roanoke, Al  36274
                                      334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, October 31, 2006, as required by Supreme Court Rule 29 I have served the enclosed RESPONSE on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al  36101-0711
334-954-3600

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2006

                                      George D. McCarley