IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY,    )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>CITY OF ROANOKE, et al.,    )<br>    )<br>    Defendants.    ) | 3:06-CV-00663-MHT-DRB |

## ORDER ON MOTION

After consideration of the *Motion for Continuance*, filed by this *pro se* plaintiff on November 2, 2006 (Doc. 11), the court concludes that there is no compelling justification for any further continuance, that this Plaintiff received reasonable notice that no further continuance would be granted for the reasons stated in its Order filed October 5, 2006 (Doc. 10), and that the interests of judicial integrity and judicial economy would be disserved by protracting this litigation any further as the record is clear that Plaintiff cannot state a valid claim for which relief can be granted in this federal court against the defendants designated. This frequent pro se plaintiff's history of meritless lawsuits in this court is well-documented and serves to buttress the court's conclusion. See Order and Recommendation of the Magistrate Judge (Doc. 16, October 10, 2006), Civil Action No. 3:06CV91 (involving 15 lawsuits filed this year in this court)

For this good cause, it is **ORDERED** that the *Motion* is **DENIED**.

Done this 3rd day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE