IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley, | ) |
| Plaintiff, | ) |
| v. | ) 3:06-CV-00663-MHT-DRB |
| | ) |
| CITY OF ROANOKE, a Municipal Corporation, et.al, | ) |
| Defendants, | ) |

**Objection to <u>RECOMMENDATION OF MAGISTRATE JUDGE</u> of November 6, 2006**

Plaintiff McCarley files this objection to the recommendation of the Magistrate Judge based upon the following major issues that will be cross-referenced to specifically identified findings:

1. The Courts "frequent filer" allegations
2. The "Interest of Judicial Economy"
3. 15 AmJur Trials §555  (American Jurispurdence Model Trials)
4. Public Interest issues involved in possible 4 murders identified in Conspiracy filing
5. Marbury v. Madison

In addition to the five points above, plaintiff will identify two errors in The Recommendation:

a) There was no "third" request for continuance.
b) History of meritless lawsuits?

**1. The Courts "frequent filer" allegations**

This Court has on several occasions, accused McCarley of being a "frequent filer." This can only reflect "other" cases ongoing, and therefore, McCarley must discuss that case in his objections.

The facts are clear that McCarley has filed cases on two days only. The fact that the "CV0091" case required the filing of 15 separate lawsuits is a reflection of the huge size of the corporate defendant having 46 identities. In fact, the defendant "predator" changes identity with regularity about every 3 years. Therefore, as discussed with The Court in preliminary review of CV0091, the many filings were in large part made necessary in order to insure the defendant party was "in fact" served. Records of the Illinois Secretary of State Office of Corporate Registrations provided each of the 15 identities charged

1

by McCarley plus an official allegation that those 15 are corporately and officially connected with the CV0091 defendant in both present and former identities.

The defendant in CV0091 has admitted in Class Action suits decided against them, that they engage in predatory activity. They are very likely the worlds greatest abuser of our Judicial system. Even after losing the largest class action suit in history, they continue their predatory methods. Evidence presented by McCarley in CV0091 makes it clear, this predatory organization is also the preferred bank of Saddam Hussein – a fact they admit during their process of making settlement with the US Treasury Department for their acts of moving Iraqi money to Cuba, Libya, Sudan. Under these circumstances, if it becomes necessary to be labeled a "frequent filer" in order to defeat this beast; McCarley the former US Army Engineer will consider that a "badge of honor."

## 2. The "Interest of Judicial Economy"

The fifteen defendants charged by McCarley in CV0091 are the greatest offenders of Judicial economy on the planet. This is proven by a simple search of PACER conducted on May 11, 2004 that returned a list of 1294 cases logged on Pacer in which that defendant was present.[1] Of the 1294 cases, that defendant[2] was defendant in 478. They had peripheral relationship in balance of 800 cases. Then remarkably, this corporation is rarely found in case citation of AmJur, ALR, Southern Reporter, etc. McCarley learned that defendant continues to push the system to the limit, but only until such time as a Court commits a case to docket. At that time, they will settle out of court.

Of similar note is Municipal abuse of the public and higher Courts. The many defendants in CV 00663 are engaged in a type of abuse of the public trust that can only end with a Rodney King style action. It is an express purpose of Courts to protect the public interest. McCarley has presented a case in which City of Roanoke and State of Alabama violate Alabama law and the US and Alabama Constitution with regularity. The necessary statutes of this proof are contained in complaints. In fact,

---

[1] Pacer Cases began about 1992

2

no Municipal Court in Alabama is authorized to make arrests beyond basic traffic issues. Further, most Municipal Courts in Alabama regularly engage in arrests on uncorroborated testimony. Such action has no credibility in a free society. The only society that openly practiced such activity was the former Soviet Union. Should this court reject the McCarley charges, you will only encourage such activity.

Our Founding Fathers built a system inclusive of reciprocal Checks and Balances between the three branches of government. Well the Judicial branch will take great steps to control its caseload and these abuses by opining strongly enough that the abuse ceases. Because Judicial findings have not been strong enough, entities such as HSBC defendant in CV0091 engage in continuing violations of law with seeming impunity from the Judicial branch they love to abuse.

### 3. 15 AmJur Trials §555   (American Jurisprudence Model Trials)

McCarley objects to the following specific statements contained in The Recommendation.

Page 1 – sentence 1 – "fails to invoke the jurisdiction of this federal court."[3]
Page 1 – Background – ". . . Judge noted patent deficiencies with respect to (1) cognizable cause of action[4] . . . (3) persons being sued who may be immune from suit[5] . . ."
Page 2 – paragraph b[6].
Page 3 – quote at bottom of page – "Plaintiff cannot state a claim[7] . . ."
Page 4 – first paragraph – ". . . Diversity of citizenship is patently absent[8] . . ."
Page 4 – last sentence in DISCUSSION – ". . . do not invoke this courts subject matter jurisdiction[9]."

In research of possible constructions for this case, McCarley found the Model Trial format entitled Police Misconduct. This publication of AmJur is lengthy, well cited, and appears diametrically opposed to the recommendation of this court. This model format utilized by McCarley provides redress to the many continuing injuries sustained by McCarley at the hands of these defendants, and disputes the judges points cited above with excellent reference to case citations upholding McCarley.

---

[2] As HFC, Household Finance, Household International, or another official identity
[3] 15 AmJur Trials §617 (Federal versus State (pendant jurisdiction) upholding McCarley)
[4] 15 AmJur Trials §636 (format of the "Model Complaint" begins at page §636, upholding McCarley)
[5] 15 AmJur Trials §625 (discussion of parties defendant to include question of immunity, upholding McCarley)
[6] Complete Model Trial discussion entitled Police Misconduct (to include admin and legal authorities)
[7] ibid
[8] ibid Jurisdiction footnote
[9] ibid Jurisdiction footnote

It would be necessary that McCarley recreate more than 80 pages of text in order to prove his point; however, in the interest of Judicial Economy, McCarley simply requests the Court engage in a reading of 15 AmJur Trials §555. The 80 plus pages will substantiate McCarley's charges in total. Further, beginning at page §580-590, the Court will find a compilation of 50 successful Civil Rights prosecutions that utilized this format and are heavily documented therein.

Notably, this Court will see the pendancy of the complaints of Civil Rights violation versus Conspiracy to violate Civil Rights. While AmJur fails to discuss one versus two separate complaints, it appears mandatory that if both statutes are violated by a defendant, then both §1983 and §1985 charges should appear in the same litigation, although clearly necessary to detail charges separately. While the form of McCarley's complaint(s) could certainly contain errors, we believe the Court is in error in failing to redress these complaints, given the heinous nature of several charges contained.

**4. Public Interest issues involved in possible 4 murders identified in Conspiracy filing**

The original complaint included a paragraph 28 that suggested a number of criminal issues were present in this extended case that should be treated and discussed under seal prior to filing (or serving) of specific charges on those issues. The court chose no action on paragraph 28 and thus McCarley included in his first of two request for continuance, a 5 page chronology of events of the extended §1985 conspiracy. Those events included, among other serious problems, a listing of 4 deaths under very questionable circumstances more consistent with murder. This Court has yet to acknowledge those issues, although extremely serious in context. Then, upon discussion with an attorney/prosecutor not in position to take the McCarley case, that prosecutor suggested a Judge might refer the matter to a Federal Prosecutor, as the jurisdiction varied from a suspicious death on Georgia, US Army Corps of Engineers jurisdiction, to three different County jurisdictions in Alabama, and to a Voting Rights violation along with the presence of an extended Drug investigation spanning since 1992. McCarley has now discovered a family link between the charged Court Clerk and a suspect in this drug investigation. This

Court continues to take the position that "… complaints are subject to dismissal for failure to state a claim for which relief can be granted …"[10] The following makes it clear McCarley is due redress

**5. Marbury v. Madison 5 U.S. 137, 177 (1803)**

The timeless *Marbury v. Madison* offers the most significant logic contrary to The Magistrate Judge Recommendation. Chief Justice Marshall delivered opinion of the court. His opinion took the form of three (3) questions, of which #2 has direct bearing on McCarley §1983 and §1985 complaint.

> "In the order in which the Court has viewed this subject, the following questions have been considered and decided.
>
>> 1. Has the applicant a right to the commission he demands?
>>
>> 2. If he has a right, and that right has been violated, do the laws of his country afford him a remedy?
>>
>> 3. If they do afford him a remedy, is it a mandamus issuing from this court?"
>
> "This brings us to the second inquiry, which is:
>
> 2. If he has a right, and that right has been violated, do the laws of his country afford him a remedy? [p163]
>
> The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws whenever he receives an injury. One of the first duties of government is to afford that protection. In Great Britain, the King himself is sued in the respectful form of a petition, and he never fails to comply with the judgment of his court."
>
> "In the third volume of his Commentaries, page 23, Blackstone states two cases in which a remedy is afforded by mere operation of law."
>
>> "In all other cases," he says, "it is a general and indisputable rule that where there is a legal right, there is also a legal remedy by suit or action at law whenever that right is invaded."
>
> And afterwards, page 109 of the same volume, he says,
>
>> "I am next to consider such injuries as are cognizable by the Courts of common law. And herein I shall . . . remark that all possible injuries whatsoever that did not fall within the exclusive cognizance of either the ecclesiastical, military, or maritime tribunals are, for that very reason, within the cognizance of the common law courts of justice, for it is a settled

---

[10] Document 13-1, Page 2, paragraph b.

5

and invariable principle in the laws of England that every right, when withheld, must have a remedy, and every injury its proper redress.

The Government of the United States has been emphatically termed a government of laws, and not of men. It will certainly cease to deserve this high appellation if the laws furnish no remedy for the violation of a vested legal right.

If this obloquy is to be cast on the jurisprudence of our country, it must arise from the peculiar character of the case.

It behooves us, then, to inquire whether there be in its composition any ingredient which shall exempt from legal investigation or exclude the injured party from legal redress. In pursuing this inquiry, the first question which presents itself is whether this can be arranged [p164] with that class of cases which come under the description of damnum absque injuria -- a loss without an injury."

[p165] After stating that personal injury from the King to a subject is presumed to be impossible, Blackstone, Vol. III. p. 255, says,

"but injuries . . . can scarcely be committed by the Crown without the intervention of its officers, for whom, the law, in matters of right, entertains no respect or delicacy, but furnishes various methods of detecting the errors and misconduct of those agents by whom the King has been deceived and induced to do a temporary injustice."

[p167] But where a specific duty is assigned by law, and individual rights depend upon the performance of that duty, it seems equally clear that the individual who considers himself injured has a right to resort to the laws of his country for a remedy.

Clearly, McCarley has suffered injury as a result of the continuing conspiracy and issues detailed in the complaint. Clearly McCarley respectfully prays this court provide redress.

**In addition to the above, plaintiff will identify two errors in The Recommendation:**

a) There was no "third" request for continuance; your review will verify only a second request.

b) NO History of meritless lawsuits?

We ask the Court review 3:06CV00091 MEF. The ORDER AND RECOMMENDATION OF THE MAGISTRATE JUDGE of 10/10/2006 left 5 lawsuits pending. The word "meritless" was used only once. The 10 cases dismissed resulted from disputed timeliness along with this pro se improper method of filing against individuals. Therefore, there is no history of meritless lawsuits.

With all due respect for the authority and legal wisdom of this Court[11], we suggest this Court review 15 AmJur Trials §636 (Model Complaint), proving McCarley followed an established model supported by 50 successful Civil Rights prosecutions. These are serious issues that demand attention of competent authority. If this Court is not that authority, McCarley prayerfully requests this Court direct McCarley to proper authority. It should be clear "the bar" remains "missing in action" for a reason – and maybe their belief is that a completely different authority needs to be invoked.

McCarley stood ready to defend America for eight years following Vietnam and through 4 war zones. He respectfully requests your help on this most serious set of circumstances.

Respectfully Submitted

George D. McCarley    (November 17, 2006)

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, November 17, 2006, as required by Supreme Court Rule 29 I have served the enclosed RESPONSE on each party to the above proceeding or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

I declare under penalty of perjury that the foregoing is true and correct.

George D. McCarley  334-863-6489
215B Chestnut St
Roanoke, Al 36274

---

[11] As would any military service member