IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv663-MHT |
| ) | |
| CITY OF ROANOKE, etc., )<br>et al., )<br>) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the request for permission to reopen case (Doc. No. 17) is denied. If plaintiff has new claims, he should file a new, and separate, lawsuit.

DONE, this the 3rd day of April, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE